**No. 61753.**—Manca, Inc. *v.* United States, protests 275123–K and 275124–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photographic cameras similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of lenses for photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, the merchandise in question is dutiable as photographic lenses, the claim of the plaintiff at 25 percent was sustained.